we understand that contention, it is that Section 1251(a) (11), Title 8 U.S.Code, when considered in the light of the savings clause embodied in the 1952 Act, Section 405(a), 66 Stat. 280, 8 U.S.Code, § 1101 note, and the decisions in United States ex rel. De Luca v. O'Rourke, 8 Cir., 213 F.2d 759, and Ex parte Robles-Rubio, D.C.Cal., 119 F.Supp. 610, should not be *construed* to affect the *status* of a nondeportable resident alien. Unfortunately for appellant, we think that issue also, whether formally presented and argued or not, was implicitly foreclosed by the Marcello decision, and, hence, is no longer open for decision by this Court. The judgment is therefore

Affirmed.

**CLAREMONT WASTE MFG. CO.**

v.

**COMMISSIONER OF INTERNAL REVENUE.**

United States Court of Appeals

First Circuit.

May 7, 1955.

